## STATE EX REL. LOCK *v.* CRAIG SCHOOL TOWNSHIP, SWITZERLAND COUNTY

[No. 26,643. Filed January 15, 1937. Rehearing denied April 27, 1937.]

*Joseph M. Cooper, Donald R. Bear* and *Charles A. Lowe,* for appellant.

*Chester Callis* and *Wycoff & Wycoff,* for appellees.

FANSLER, J.—The question presented being the same, the judgment is affirmed upon authority of *State ex rel. Anderson* v. *Brand, Trustee* (1937), 213 Ind. —, 5 N. E. 531.

Treanor, J., dissents.